**Order filed October 15, 2014**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-00547-CR**
_____

**HORACE SIMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No 11**
**Harris County, Texas**
**Trial Court Cause No. 1789057**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 5, a VHS Station Video.**

The clerk of the County Criminal Court at Law No 11 is directed to deliver to the Clerk of this court the original of State's Exhibit 5, on or before **October 24, 2014.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 5, to the clerk of the County Criminal Court at Law No 11.

PER CURIAM